# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP DEWAYNE STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 CV 8 MTS |
| | ) | |
| OFFICER WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Self-represented plaintiff Phillip Dewayne Stewart filed this civil action for money damages on January 4, 2021.  However, Plaintiff neither paid the $400 court filing fee nor filed a motion to proceed in forma pauperis, along with a certified copy of his account statement. *See* 28 U.S.C. § 1915(a).  As such, the Court will allow Plaintiff twenty-one (21) days to either pay the full filing fee or file his motion to proceed in forma pauperis and account statement. His failure to do so in a timely manner will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Plaintiff a copy of the motion to proceed in forma pauperis form for prisoners.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $400 filing fee **or** submit a motion to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff files a motion to proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice. If the case is dismissed for non-compliance with this Order, the dismissal will **not** count as a "strike" under 28 U.S.C. § 1915(g).

Dated this 7th day of January, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE